1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   JAMES GOSSETT,                           Case No. 13cv00323 BTM(NLS)
12                              Plaintiff,    **ORDER GRANTING REQUEST FOR**
                                              **DISMISSAL**
13          v.
14   DYNAMIC RECOVERY SOLUTIONS,
     LLC, et al.,
15                             Defendants.
16
17        Plaintiff has filed a request that the Court dismiss this entire action with prejudice.
18   Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.
19   **IT IS SO ORDERED.**
20   DATED:  June 18, 2013
21
                                              BARRY TED MOSKOWITZ, Chief Judge
22                                            United States District Court
23
24
25
26
27
28